IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

HONG THI THU LE,

          Plaintiff,

vs.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

          Defendant.

Civil No. 09-627-JE

ORDER

    Based upon the Stipulation of the parties, it is hereby

    ORDERED that attorney fees in the amount of **$6641.31** are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that such fees are payable to Plaintiff's attorney Richard A. Sly, and mailed to said Plaintiff's attorney, subject to any allowable treasury offset. See *Astrue v. Ratliff*, ___ U.S. ___ (2010).

    Dated: March 21, 2011.

                                          /s/ John Jelderks
                                          JOHN JELDERKS
                                          United States Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff